BACON WILSON, P.C.
31 Trumbull Road
Northampton, MA 01060
(413) 584-1287
Attorneys for Defendant, Mass Mutual Federal Credit Union

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH ARCHBOLD, an individual, DONALD MARVIN, an individual, <br><br>                    Plaintiffs, <br><br> vs. <br><br> MASS MUTUAL FEDERAL CREDIT UNION, JOHN DOES 1-10, and X,Y,Z CORPORATIONS, <br><br>                    Defendants. | CIVIL ACTION NO. 3:13-cv-30016-MAP |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action having reported to the Court that they have entered into a Settlement Agreement and Release resolving any and all claims and issues between them,

It is on this 28th day of June, 2013,

ORDERED that this action be and hereby is dismissed with prejudice and without costs as to any party; and it is

FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing any provisions of the Settlement Agreement and Release.

_____
HON. Michael A. Ponsor USDJ

We consent to the form and entry of the foregoing Order:

BACON WILSON, P.C.

By: _____
MARK TANNER
Attorneys for Defendant

LAW OFFICE OF LEAH E. CAPECE, ESQ., LLC

By: _____
LEAH E. CAPECE
Attorneys for Plaintiffs